# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 823
:
DESIGNATION OF CHAIR AND VICE- : SUPREME COURT RULES DOCKET
CHAIR OF THE PENNSYLVANIA BOARD:
OF LAW EXAMINERS :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2020, David R. Fine, Esquire, is hereby designated as Chair, and Stewart L. Cohen, Esquire, as Vice-Chair, of the Pennsylvania Board of Law Examiners, commencing April 1, 2020.